COURT OF APPEALS NO. 04-15-00068-CV

JOHN M DONOHUE       §    IN THE FOURTH DISTRICT

APPELLANT       §

V       §

PERLA DOMINGUEZ;       §    COURT OF APPEALS

KEVIN NAKATA;       §

IN THEIR INDIVIDUAL CAPACITIES,       §

APPELLEES       §    SAN ANTONIO, TEXAS

2015 MAY 27 AM 9:56

## MOTION TO PROVIDE TRIAL COURT CLERK'S RECORD

TO THE HONORABLE FOURTH COURT:

     COMES NOW, JOHN M DONOHUE, APPELLANT, PRO SE, AND FILES THIS MOTION TO PROVIDE TRIAL COURT CLERK'S RECORD, AND WILL SHOW THE COURT:

### I

     APPELLANT REQUESTS THAT THE COURT PROVIDE THE TRIAL COURT CLERK'S RECORD SO THAT APPELLANT CAN PROPERLY FILE APPELLANT'S BRIEF IN THE ABOVE STYLED AND NUMBERED CAUSE.

### II

     APPELLANT THOUGHT THE RECORD WAS REQUESTED WHEN NOTICE OF APPEAL WAS FILED, BUT APPARENTLY THE REQUEST WAS NOT MADE.

(CONT)

## PRAYER

WHEREFORE, PREMISES CONSIDERED, APPLICANT RESPECTFULLY PRAYS THAT THE COURT WILL GRANT THIS MOTION AND APPLICANT APOLOGIZES TO THE COURT AND ALL PARTIES FOR ANY INCONVENIENCE.

RESPECTFULLY SUBMITTED,

_John M Donohue_, PRO SE

DUNCAN UNIT 1895073

1501 SOUTH 1st ST

DIBOLL, TX 75941

## Verification

I, JOHN M DONOHUE, UNDER PENALTY OF PERJURY, VERIFY AND DECLARE THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS THE 21st DAY OF MAY, 2015.

_John M Donohue_

## Certificate of Service

I CERTIFY THAT THE FOREGOING MOTION WAS SENT VIA 1st CLASS US MAIL ON MAY 21st, 2015, TO:

1. PERLA DOMINGUEZ AND KENN NAKATA, C/O MARK BESNOVICA SBN 00784754, P.O. BOX 831121, SAN ANTONIO, TX 78283-1121

Dorothy 185225
Duncan Un --
1502 South 155 s-
3, 30ll, tx 75 841

7820530399

Fourth Court of Appeals
300 Dolorosa, Ste 3200
San Antonio, TX 78205-3037

NORTH HOUSTON TX 773
22 MAY 2015 PM 2 L

MAY 26 2015

FOREVER USA